**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 24-2142**

_____

SHELIA KNOX,

        Plaintiff - Appellant,

    v.

AMAZON.COM SERVICES, LLC,

        Defendant - Appellee.

_____

Appeal from the United States District Court for the District of Maryland, at Baltimore. Stephanie A. Gallagher, District Judge.  (1:23-cv-02254-SAG)

_____

Submitted:  March 6, 2025                                        Decided:  April 23, 2025

_____

Before KING, GREGORY, and RUSHING, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Shelia Knox, Appellant Pro Se.  Gilda Bethany Ingle, LITTLER MENDELSON PC, Tysons Corner, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Shelia Knox seeks to appeal the district court's order dismissing her civil complaint without prejudice for failure to exhaust administrative remedies. We dismiss the appeal for lack of jurisdiction because the notice of appeal was not timely filed.

In civil cases, parties have 30 days after the entry of the district court's final judgment or order to note an appeal, Fed. R. App. P. 4(a)(1)(A), unless the district court extends the appeal period under Fed. R. App. P. 4(a)(5) or reopens the appeal period under Fed. R. App. P. 4(a)(6). "[T]he timely filing of a notice of appeal in a civil case is a jurisdictional requirement." *Bowles v. Russell*, 551 U.S. 205, 214 (2007).

The district court entered its order on the civil docket on September 18, 2023, and the appeal period expired on March 18, 2024.[*] Knox filed the notice of appeal on November 12, 2024. Because Knox failed to file a timely notice of appeal or to obtain an extension or reopening of the appeal period, we dismiss the appeal.

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*

---

[*] Because the district court's order was not set forth on a separate document, 150 days were added to the 30-day appeal period. *See* Fed. R. App. P. 4(a)(7)(A)(ii).

2